**DENNIS D.S. MCALEVY, ESQ.**
ATTORNEY-AT-LAW
1811 KENNEDY BOULEVARD
UNION CITY, NEW JERSEY 07087
(201) 867-2008
Fax (201) 867-6654
Attorney for the Defendant, Thomas George

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | :: | UNITED STATES DISTRICT COURT |
| | :: | DISTRICT OF NEW JERSEY |
| *Plaintiff*, | :: | |
| | :: | |
| vs. | :: | CRIMINAL NO.: 10-29(FSH) |
| | :: | |
| THOMAS GEORGE | :: | |
| | :: | **ORDER** |
| *Defendant* | :: | |

THIS MATTER having been opened to the Court on the application of the defendant, Thomas George, to travel to Asia from June 9, 2010 through June 27, 2010, Dennis D.S. McAlevy, Esq., appearing on behalf of the defendant, Zahid N. Quraishi, A.U.S.A. appearing on behalf of the Government, and the parties having consented to same;

IT IS ON THIS _____ day of May, 2010;

ORDERED that the defendant Thomas George is permitted to travel to Asia from June 9, 2010 through June 27, 2010;

IT IS FURTHER ORDERED that the defendant's passport be released to the defendant by the United States Probation Office and returned to his possession;

IT IS FURTHER ORDERED that upon defendant's return and no later than June 28, 2010, the defendant shall surrender his passport to the United States Probation Office who shall retain possession of same until further Order of this Court.

HON. FAITH S. HOCHBERG, U.S.D.J.

I hereby consent to the form
and entry of the within Order

Zahid N. Quraishi, A.U.S.A.