UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 10-29 (FSH) |
| v. | **ORDER** |
| THOMAS GEORGE. | |
| Defendant. | |

This matter having come before the Court by Paul J. Fishman, United States Attorney for the District of New Jersey (Zahid N. Quraishi, Assistant United States Attorney, appearing), for the Court's intervention regarding the defendant's failure to pay the restitution ordered on July 28, 2010 [docket #19]; and the defendant having submitted a letter dated February 10, 2011, through his counsel William Lundsten, Esq., indicating that the defendant was in on-going negotiations with Customs and Border Protection on an Offer to Compromise and was in the process of completing and submitting a financial disclosure form to the U.S. Attorney's Office [docket #28]; and the Court having been notified that, to date and approximately four (4) months later, the Defendant has failed to submit a financial disclosure form to the U.S. Attorney's Office;

**IT IS** on this 29th day of June, 2011,

**ORDERED** that the defendant, through counsel, submit his financial disclosure form to the U.S. Attorney's Office, Attn: Leah Bynon, no later than **July 15, 2011.**

s/ Faith S. Hochberg
United States District Judge